IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. |
| v. | ) |
| | ) |
| MICHAEL GUENIN, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT FOR BREACH OF GUARANTY**

NOW COMES Plaintiff, BMO Harris Bank N.A. ("*BMO*"), by and through its attorneys, and for its Complaint for Breach of Guaranty, respectfully alleges as follows:

**PARTIES**

1. Plaintiff, BMO is a national banking association with its principal place of business at 111 West Monroe Street, Chicago, Illinois 60003.

2. Defendant Michael Guenin (*"Guenin"*) is an individual residing in and a citizen of the state of Indiana.

3. Venue is proper in that the occurrences giving rise to the actions set forth below took place in Illinois, and the Loan Documents detailed below provide for venue in the United States District Court for the Northern District of Illinois.

**JURISDICTION**

4. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1332, as Harris is a citizen of Illinois, Defendant Guenin is a citizen of Indiana, and the amount in controversy exceeds the sum of $75,000.00.

4297719/BEJ

## **B**REACH OF **G**UARANTY

5.   On or about October 18, 2017, BMO made a loan to KMH Systems, Inc. (*"KMH"*) in the original principal amount of $7,000,000.00 pursuant to the terms and conditions set forth in that certain Master Credit Agreement and Asset Based Revolving Credit Facility Schedule (as amended, the *"Loan Agreement"*). True and accurate copies of the Master Credit Agreement, Asset Based Revolving Credit Facility Schedule and First Amendment to Master Credit Agreement are attached hereto as Exhibits A-C, respectively.

6.   On or about October 18, 2017, in consideration of the Loan Agreement, Guenin executed a Guaranty in favor of BMO personally guaranteeing payment of all amounts due BMO by KMH under the Loan Agreement (the *"Guaranty"*). A true and correct copy of the Guaranty is attached hereto as Exhibit D.

7.   KMH has defaulted under the Loan Agreement by virtue of, among other things, its failure to make payment in full under the Loan Agreement on or before the June 30, 2019 maturity date. In addition, Borrower is in default by virtue of its failure to comply with Sections 5.5(d), 6.4, and 7.1(a), (b) and (f) of the Master Credit Agreement.

8.   As a result of KMH's default, on September 11, 2019 BMO made written demand on KMH for payment of all amount due and owing under the Loan Agreement (the *"Demand Letter"*). A true and correct copy of the Demand Letter is attached hereto as Exhibit E.

9.   Pursuant to the Guaranty, Guenin is liable to BMO for all amounts now due and owing to BMO by KMH under the Loan Agreement, together with the costs incurred in the collection of the amounts owed under Loan Agreement, including BMO's court costs and attorneys' fees. *See* Guaranty, Exhibit D, p. 1.

10.   Pursuant to the Guaranty, among other things, Guenin agreed that he "hereby waives any and all defenses, claims and discharges of [KMH], or any other obligor, pertaining the the Indebtedness, except the defense of discharge by payment in full." *See* Guaranty, Exhibit D, p. 3.

- 3 -

11. BMO has performed all of its duties and obligations under the Loan Agreement and Guaranty.

12. As of September 10, 2019, KMH is indebted to BMO in the principal amount of $6,864,675.40, plus accrued interest of $38,827.22, in addition to attorneys' fees and costs.

13. WHEREFORE, Plaintiff, BMO Harris Bank N.A., respectfully requests that judgment be entered in its favor and against Defendant Michael Guenin in the amount of $6,903,502.62, plus accrued and further accruing interest, attorneys' fees and costs, and any other relief that this Court deems just and proper.

        Respectfully submitted,

        BMO HARRIS BANK N.A.

        By *Bryan Jacobson*
        One of Its Attorneys

James P. Sullivan (#6256746)
Bryan E. Jacobson (#6300097)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603-4080
(312) 845-3000
(312) 701-2361 (FAX)
jsullivan@chapman.com
bjacob@chapman.com